# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ANGEL VELEZ,

                     Plaintiff,                            19 **CIVIL** 7291 (LJL)

          -against-                                    **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security,
                            Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated January 14, 2021, the Report and Recommendation is ADOPTED in its entirety and GRANTS Plaintiff's motion for judgment on the pleadings; accordingly, the case is closed.

**Dated:** New York, New York
         January 14, 2021

                                                                **RUBY J. KRAJICK**
                                                            _____
                                                             **Clerk of Court**
                              **BY:**
                                                    _____
                                                              **Deputy Clerk**