UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL VELEZ,

                       Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2022

19 **CIVIL** 7291 (LJL)

**AMENDED JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2022, the parties having moved for entry of an amended judgment remanding the case to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The motion is granted, and the case is remanded to the Commissioner of Social Security.

**Dated:** New York, New York
          February 2, 2022

                                                                  RUBY J. KRAJICK

                                                                    **Clerk of Court**

                             **BY:**

                                                                    **Deputy Clerk**